UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **ERRON SANDERS**, <br><br> Defendant. | 2:19-cr-20288 <br><br> HON. TERRENCE G. BERG <br><br><br> **ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE** |

    This Court previously granted Defendant Erron Sanders pretrial release to home confinement at the residence of Theresa Holloway, his fiancée and third-party custodian. Sanders now asks the Court to slightly modify the conditions of home confinement to allow him to walk outside for one hour per day, as exercise. ECF No. 51. Because it appears Sanders had so far diligently complied with his conditions of release, which include an electronic tether, the Court will grant the motion and permit him to exercise outside for one hour each day.

    The Court is persuaded that modifying the conditions of Sanders's release to allow him to exercise outdoors for one hour per day "will reasonably assure the appearance of the person as required and the safety of any other person and the community" 18 U.S.C. § 3142(c)(1)(B). Although the Court is cognizant that Sanders has previously engaged in drug trafficking, allowing him to spend one hour outside per day in order to exercise is unlikely to heighten the risk that he would return to such

activity. Additionally, the Court finds unpersuasive—and bordering on absurd—the argument that "there is no guarantee" that Sanders has not been violating his conditions of release just because Pretrial Services has not reported any such violations to the Court. The Court is confident that Pretrial Services is diligently supervising Sanders, and that if he is violating his conditions, those violations will be discovered and reported to the Court. The Court conferred with Pretrial Services before issuing this Order, and was informed that no violations have occurred to date. As of now, Sanders had been fully complying with the conditions of his release. The Court will grant the motion, ECF No. 51, and modify the conditions of Sanders's release.

Dated: July 20, 2020
 s/Terrence G. Berg
 TERRENCE G. BERG
 UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on July 20, 2020.

 s/A. Chubb
 Case Manager